# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2005

129652 & (14)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KEVIN HARRINGTON,
　　　　Defendant-Appellant.

SC: 129652
COA: 265614
Wayne CC: 02-013495

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay of proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2005

_____
Clerk

s1012